IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED

02 DEC 17  AM 8: 56

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

DEC 1 7 2002

DONCEY FRANK BOYKIN,       )
                           )
            Movant,        )
                           )
v.                         )   CR 00-H-0188-S
                           )   CV 02-H-8004-S
UNITED STATES OF AMERICA,  )
                           )
            Respondent.    )

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's

Report and Recommendation is due to be adopted and approved.  The court hereby adopts and

approves the findings and recommendation of the magistrate judge as the findings and conclusions

of the court.  In accord with the recommendation, the movant's motion for relief pursuant to § 2255

is due to be denied.

An appropriate order will be entered.

**DONE**, this _____ *17* ____ day of December, 2002.

James H. Hancock

JAMES H. HANCOCK
SENIOR UNITED STATES DISTRICT JUDGE

45